```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION
```

WANDA BARNES,                       *

      Plaintiff               *

vs.                                 *
                                     CASE NO. 3:07-CV-110(CDL)
MICHAEL J. ASTRUE, Commissioner     *
of Social Security,
                              *

      Defendant
_____     *

## O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 3, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of November, 2008.

                                        S/Clay D. Land
                                          CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE